

**Allstate.**

# FAX

| | |
|---|---|
| **Date** | Thursday, December 4, 2025 11:58:42 AM |
| **Number of Pages** (including coversheet) | 31 |
| **To** | |
| **Fax** | 8664474293 |
| **From** | AllstateDigitalMailroom@allstate.com |
| **Phone** | |
| **Notes** | FW: Digital Mailroom Document Delivery - Doc ID: 2025112501010045 14005794 |

**Notice of Confidentiality.** The document accompanying this facsimile transmission contains information which is confidential and/or legally privileged. The information is intended only for the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original document.

**Allstate Insurance Company**

Thanks!

Brittney Bullock

Allstate Digital Mailroom

---

**From:** Law Mail Distribution <LawMailDistribution@allstate.com>

**Sent:** Tuesday, December 2, 2025 12:40 PM

**To:** AllstateDigitalMailroom <AllstateDigitalMailroom@allstate.com>

**Subject:** FW: Digital Mailroom Document Delivery - Doc ID: 202511250101004543 : 14005794

# Please forward to claims to either set up a claim or identify an existing claim number.

---

**From:**
AllstateDigitalMailroom@allstate.com <AllstateDigitalMailroom@allstate.com>

**Sent:** Wednesday, November 26, 2025 9:39 AM

**To:** Law Mail Distribution <LawMailDistribution@allstate.com>

**Subject:** Digital Mailroom Document Delivery - Doc ID: 202511250101004543 : 14005794

This mail item was received in the Allstate Centralized Mailroom. You have been identified as the recipient. If this mail was received in error, please
**FORWARD** back to AllstateDataMailroom@Allstate.com.

Please note: Any USPS mail that is not addressed to an official Allstate Dallas P.O. Box will be returned to sender as undeliverable starting
January 1, 2026.

If this piece of mail you've received is not addressed to an Allstate Dallas P.O. Box, please contact the sender of this mail item immediately, and instruct them to change the street address to the P.O. Box listed below (or to your business area's designated
 P.O. Box).

Allstate Digital Mailroom

Attn: "Business Unit Name or Employee Name"

PO Box 661039

Dallas, TX 75266

Please contact Imaging Solutions at
AllstateDigitalMailroom@Allstate.com if you have any questions.

**NOTE:**

All original documents will be destroyed 30 days after it was received in accordance with records management guidelines. If the original physical document is required, please
**FORWARD** this email back to
AllstateDigitalMailroom@Allstate.com with instructions on where it should be delivered via Fedex.

Doc ID : 202511250101004543

Unique Document ID : 14005794

Batch Number : 20251125500095

Box Number : BOX202511250016

**Disclaimer:**

"The information contained in this e-mail and any accompanying documents may contain information that is confidential or otherwise protected from disclosure. If you are not the intended recipient of this message, or if this message has been addressed to you
in error, please immediately alert the sender by forwarding this e-mail and then delete this message, including any attachments. Any dissemination, distribution, or other use of the contents of this message by anyone other than the intended recipient is strictly
prohibited."

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

# CERTIFIED MAIL®



WHEELER
DIULIO &
BARNABEI

**THE PROPERTY DAMAGE ATTORNEYS**

1650 Arch Street, Suite 2200
Philadelphia, Pennsylvania 19103



9589 0710 5270 1823 0413 45

FIRST-CLASS

US POSTAGE  PITNEY BOWES

$ 006.04⁰

Allstate Vehicle and Property Insurance Company
3100 Sanders Road Suite 201
Northbrook, IL 600627154

■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

**A. Signature**

X  ☐ Agent
   ☐ Addressee

**B. Received by** *(Printed Name)*   **C. Date of Delivery**

**1. Article Addressed to:**

Allstate Vehicle & Property
insurance company
3100 Sanders Rd Ste 201
Northbrook, IL 60062

**D.** Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No



9590 9402 9268 4295 2030 57

**3. Service Type**
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**2. Article Number** *(Transfer from service label)*

9589 0710 5270 1823 0413 45

☐ Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

215.971.1000 | www.wdblegal.com



**WHEELER DIULIO & BARNABEI**

THE PROPERTY DAMAGE ATTORNEYS

| PHILADELPHIA OFFICE | NEW JERSEY OFFICE |
|---|---|
| 1650 Arch Street | 1040 Kings Highway North |
| Suite 2200 | Suite 205 |
| Philadelphia, PA 19103 | Cherry Hill, NJ 08034 |
| 215.971.1000 | 856.874.1447 |
| 215.568.2901 | 215.568.2901 |

E-mail: bmutton@wdblegal.com

November 10, 2025

Allstate Vehicle and Property Insurance Company
3100 Sanders Road Suite 201
Northbrook, IL 600627154

     RE:    Borell v. Allstate
             DOL: 7/26/2025
             Loss Address: 141 Leitersburg St, Greencastle, PA 17225

Dear Allstate Vehicle and Property Insurance Company,

    Enclosed please find a true and correct copy of Plaintiff's Civil Action Complaint filed against you in Philadelphia County Court. Please be advised that you have twenty (20) days in which to respond to this Complaint, pursuant to the Pennsylvania Rules of Civil Procedure. Otherwise, a default judgment may be filed against you.

    Kindly forward this Complaint to your attorney immediately.

             Sincerely,

             /s/ *Benjamin Mutton*
             BENJAMIN MUTTON

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED**
**NO. 9589 0710 5270 1823 0413 45**



Filed and Attested by the
Office of Judicial Records
04 NOV 2025 11:11 am
Attorney for Plaintiff

**WHEELER, DIULIO & BARNABEI, P.C.**
BY: Benjamin Mutton, Esquire
Attorney I.D. No.: 336693
1650 Arch Street
Suite 2200
Philadelphia, PA 19103
Phone: (215) 971-1000
Email: bmutton@wdblegal.com

| | |
|---|---|
| LEAH BORELL<br>141 LEITERSBURG ST.<br>GREENCASTLE, PA 17225-1323<br><br>vs.<br><br>ALLSTATE VEHICLE AND PROPERTY<br>INSURANCE COMPANY<br>3100 SANDERS ROAD SUITE 201<br>NORTHBROOK, IL 600627154 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br><br>DOCKET NO. |

## CIVIL ACTION COMPLAINT (1C - Contract)

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the Claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
Lawyer Referral Service
1101 Market St., 11th Floor
Philadelphia, PA 19107-2911
Telephone: 215-238-6333
Fax: 215-238-1159

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA
Servicio De Referencia E Informacion Legal
1101 Market Street, 11th Floor
Filadelfia, Pennsylvania 19107
(215) 238-6333

Case ID: 251100855

MAJOR CASE

**WHEELER, DIULIO & BARNABEI, P.C.**
BY: Benjamin Mutton, Esquire                              Attorney for Plaintiff
Attorney I.D. No.: 336693
1650 Arch Street
Suite 2200
Philadelphia, PA 19103
Phone: (215) 971-1000
Email: bmutton@wdblegal.com

| | |
|---|---|
| LEAH BORELL<br>141 LEITERSBURG ST.<br>GREENCASTLE, PA 17225-1323<br><br>vs.<br><br>ALLSTATE VEHICLE AND PROPERTY<br>INSURANCE COMPANY<br>3100 SANDERS ROAD SUITE 201<br>NORTHBROOK, IL 600627154 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>DOCKET NO. |

### CIVIL ACTION COMPLAINT (1C - Contract)

1.     Plaintiff, Leah Borell, is an adult individual residing at the address set forth

above.

2.     Defendant, Allstate Vehicle And Property Insurance Company, is a corporation

duly organized and existing which is authorized to conduct business as an insurance company

within the Commonwealth of Pennsylvania and maintains a place of business for that purpose at

the address set forth above and regularly issues policies of insurance within the City and County

of Philadelphia.

3.     Defendant, in its regular course of business, issued to Plaintiff a policy of

insurance ("the Policy") covering Plaintiff's property located at 141 Leitersburg St, Greencastle,

PA 17225 ("the Property").  A copy of the Policy is not in Plaintiff's possession, but a copy of

same is believed to be in defendant's care, custody and control.

Case ID: 251100855

4. On or about 7/26/2025, while the Policy was in full force and effect, Plaintiff suffered direct physical loss and damage to the insured Property believed to be the result of a peril insured against under the Policy, resulting in damage to the insured premises and those areas and to the extent set forth in the preliminary estimate of loss, a true and correct copy of which is attached hereto, and made part hereof and marked Exhibit "A."

5. Notice of this covered loss was given to Defendant in a prompt and timely manner, and Plaintiff, at all relevant times, fully complied with all of the terms and conditions required by the Policy.

6. Defendant, despite demand for benefits under the Policy, has refused, without legal justification or cause, and continues to refuse, to pay to Plaintiff monies owed for the damages suffered as a result of the Loss.

7. Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the Policy, Plaintiff has suffered loss and damage in an amount in excess of $50,000.00.

## COUNT I
### In Assumpsit - Breach of Contract

8. Plaintiff incorporates by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

9. Defendant is obligated by the terms of the contract to indemnify Plaintiff's loss.

10. Despite submission of reasonable proof and demand for full and complete payment with respect to Plaintiff's loss, Defendant has not paid to Plaintiff all of the policy benefits to which Plaintiff is entitled under the Policy and has refused to provide funds sufficient to bring Plaintiff's property to pre-loss condition.

11. Defendant's denial of coverage was made without a reasonable basis in fact.

12. Defendant's refusal to indemnify Plaintiff's loss constitutes a breach of the insurance contract.

Case ID: 251100855

**WHEREFORE**, Plaintiff demands judgment against Defendant in an amount in excess

of $50,000.00 together with interest and court costs.


WHEELER DIULIO & BARNABEI, P.C.


BY:    _/s/ Benjamin Mutton_
       BENJAMIN MUTTON, ESQUIRE
       Attorney for Plaintiff

Case ID: 251100855

## VERIFICATION


I, Benjamin Mutton, counsel for Plaintiff, verify that the statements contained in the

foregoing document are true and correct to the best of my knowledge, information and belief,

and are made subject to the penalties of 18 Pa.C.S. §4904, relating to unsworn falsification to

authorities.


                    WHEELER DIULIO & BARNABEI, P.C.


          BY:      /s/ Benjamin Mutton
                   BENJAMIN MUTTON, ESQUIRE
                   Attorney for Plaintiff


Case ID: 251100855

# Exhibit "A"

Case ID: 251100855

# Coastal Claims Services, LLC

Coastal Claims Services, LLC
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

| | | | |
|---|---|---|---|
| Insured: | Borell, Leah | Home: | (717) 552-6837 |
| Property: | 141 Leitersburg St | E-mail: | bananaborell@gmail.com |
| | Greencastle , PA 17225 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Carlos Puente | Business: | (786) 306-5904 |
| Position: | Public Adjuster / PA 1158853 | E-mail: | carlos@coastalclaims.net |
| Company: | Coastal Claims Services | | |
| Business: | 2650 N Dixie Freeway | | |
| | New Smyrna Beach, FL 32168 | | |

| | |
|---|---|
| Estimator: | Eileen Dalton |
| Position: | Estimator/ W489995 |
| Company: | Coastal Claims Services |

| | | | |
|---|---|---|---|
| Contractor: | | Business: | (703) 334-2203 |
| Company: | Rose Roofing & Restoration | E-mail: | csnyder@rose-roofing.com |

| | | |
|---|---|---|
| Claim Number: 0802420562 | Policy Number: 801163049 | Type of Loss: WIND/HAIL |

| | | | |
|---|---|---|---|
| Date of Loss: | 7/26/2025 12:00 AM | Date Received: | |
| Date Inspected: | | Date Entered: | 8/28/2025 12:41 PM |

| | |
|---|---|
| Price List: | PAHA8X_AUG25 |
| | Restoration/Service/Remodel |
| Estimate: | BORELL |

"This is a PRELIMINARY estimate produced by Coastal Claims Services. This estimate represents our current evaluation of the damages to the insured's property. As we continue to evaluate this claim, there may be additional damages related to this event that have not been scoped at the production of this estimate."

Case ID: 251100855

## Coastal Claims Services, LLC

Coastal Claims Services, LLC
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

### BORELL

Main Level



### Dwelling

| | | |
|---|---|---|
| 1872.39 | Surface Area | 18.72  Number of Squares |
| 284.59 | Total Perimeter Length | 65.72  Total Ridge Length |
| 46.26 | Total Hip Length | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Roofing** | | | | | | | |
| 1. Tear off, haul and dispose of comp. shingles - 3 tab | 18.72 SQ | 68.95 | 0.00 | 258.14 | 1,548.88 | (0.00) | 1,548.88 |
| 2. Remove Additional charge for high roof (2 stories or greater) | 13.69 SQ | 6.41 | 0.00 | 17.56 | 105.31 | (0.00) | 105.31 |
| 3. Remove Additional charge for steep roof - 10/12 - 12/12 slope | 13.69 SQ | 26.67 | 0.00 | 73.02 | 438.13 | (0.00) | 438.13 |
| 4. Ice & water barrier | 1,070.65 SF | 1.94 | 32.76 | 421.98 | 2,531.80 | (128.43) | 2,403.37 |
| 5. Roofing felt - synthetic underlayment | 8.01 SQ | 54.35 | 10.68 | 89.20 | 535.22 | (41.88) | 493.34 |
| 6. Asphalt starter - universal starter course | 284.59 LF | 2.14 | 10.93 | 123.98 | 743.93 | (42.84) | 701.09 |
| 7. 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 20.67 SQ | 282.40 | 164.26 | 1,200.30 | 7,201.77 | (643.92) | 6,557.85 |
| *Waste has been applied to this estimate per industry standard according to the complexity of the roof and individual roof application style.* | | | | | | | |
| 8. Additional charge for high roof (2 stories or greater) | 15.06 SQ | 25.00 | 0.00 | 75.30 | 451.80 | (0.00) | 451.80 |
| 9. Additional charge for steep roof - 10/12 - 12/12 slope | 15.06 SQ | 88.93 | 0.00 | 267.86 | 1,607.15 | (0.00) | 1,607.15 |
| 10. R&R Hip / Ridge cap - cut from 3 tab - composition shingles | 111.97 LF | 8.95 | 10.82 | 202.58 | 1,215.54 | (42.40) | 1,173.14 |
| 11. R&R Gable cornice return - 3 tab - 2 stories or greater | 7.00 EA | 137.49 | 3.56 | 193.22 | 1,159.21 | (13.95) | 1,145.26 |
| **Flashing** | | | | | | | |
| 12. Saddle or cricket - 26 to 50 SF | 1.00 EA | 346.29 | 8.52 | 70.96 | 425.77 | (0.00) | 425.77 |
| 13. R&R Chimney flashing - average (32" x 36") | 1.00 EA | 531.40 | 6.84 | 107.64 | 645.88 | (0.00) | 645.88 |
| 14. R&R Drip edge/gutter apron | 284.59 LF | 3.85 | 24.42 | 224.00 | 1,344.10 | (95.72) | 1,248.38 |
| 15. Caulking - butyl rubber | 284.59 LF | 5.04 | 11.95 | 289.26 | 1,735.54 | (46.85) | 1,688.69 |
| *Includes butyl rubber caulking and labor for sealing of drip edge, and all penetrations to prevent water leakage.  When the drip edge is installed OVER the underlayment, there shall be a minimum of 4 Inch (51 mm) width of roof cement installed over the drip edge flange.* | | | | | | | |
| 16. Step flashing | 34.03 LF | 12.47 | 4.57 | 85.80 | 514.72 | (17.93) | 496.79 |
| 17. R&R Flashing - L flashing - galvanized | 37.25 LF | 6.53 | 5.72 | 49.78 | 298.74 | (22.43) | 276.31 |
| 18. Valley metal | 64.75 LF | 7.03 | 9.83 | 93.00 | 558.02 | (38.53) | 519.49 |
| 19. Apply roofing sealant/cement - per LF - Valley Metal* | 129.50 LF | 0.84 | 2.41 | 22.24 | 133.43 | (9.44) | 123.99 |

BORELL

10/6/2025          Page: 2

Case ID: 251100855

 **Coastal Claims Services, LLC**

Coastal Claims Services, LLC
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

### CONTINUED - Dwelling

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Ventilation** | | | | | | | |
| 20. R&R Continuous ridge vent - shingle-over style | 65.72 LF | 13.39 | 22.20 | 180.44 | 1,082.63 | (87.02) | 995.61 |
| **Pipe Jacks, Caps, and Collars** | | | | | | | |
| 21. R&R Flashing - pipe jack | 2.00 EA | 67.81 | 2.26 | 27.58 | 165.46 | (8.86) | 156.60 |
| **~GENERALS~** | | | | | | | |
| 22. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | | | | | | PWI |
| **Totals: Dwelling** | | | 331.73 | 4,073.84 | 24,443.03 | 1,240.20 | 23,202.83 |



### Detached Garage

| 423.96 | Surface Area | 4.24 | Number of Squares |
|---|---|---|---|
| 83.61 | Total Perimeter Length | 24.50 | Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Roofing** | | | | | | | |
| 23. Remove Aluminum corrugated sheet roofing - .019 | 423.96 SF | 0.62 | 0.00 | 52.58 | 315.44 | (0.00) | 315.44 |
| 24. Ice & water barrier | 294.00 SF | 1.94 | 9.00 | 115.88 | 695.24 | (35.27) | 659.97 |
| 25. Roofing felt - synthetic underlayment | 1.30 SQ | 54.35 | 1.73 | 14.48 | 86.87 | (6.80) | 80.07 |
| 26. Asphalt starter - universal starter course | 83.61 LF | 2.14 | 3.21 | 36.42 | 218.56 | (12.59) | 205.97 |
| 27. R&R Aluminum corrugated sheet roofing - .019 | 423.96 SF | 7.58 | 39.94 | 650.72 | 3,904.28 | (156.55) | 3,747.73 |
| 28. R&R Hip / Ridge cap - cut from 3 tab - composition shingles | 24.50 LF | 8.95 | 2.37 | 44.34 | 265.99 | (9.28) | 256.71 |
| **Flashing** | | | | | | | |
| 29. R&R Drip edge/gutter apron | 83.61 LF | 3.85 | 7.17 | 65.82 | 394.88 | (28.12) | 366.76 |
| 30. Caulking - butyl rubber | 83.61 LF | 5.04 | 3.51 | 84.98 | 509.88 | (13.77) | 496.11 |

Includes butyl rubber caulking and labor for sealing of drip edge, and all penetrations to prevent water leakage. When the drip edge is installed OVER the underlayment, there shall be a minimum of 4 inch (51 mm) width of roof cement installed over the drip edge flange.

**Ventilation**

Case ID: 251100855

# Coastal Claims Services, LLC

Coastal Claims Services, LLC
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

CONTINUED - Detached Garage

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 31. R&R Continuous ridge vent - aluminum | 24.50 LF | 12.65 | 7.19 | 63.42 | 380.54 | (28.18) | 352.36 |
| Totals: Detached Garage | | | 74.12 | 1,128.64 | 6,771.68 | 290.56 | 6,481.12 |
| Total: Main Level | | | 405.85 | 5,202.48 | 31,214.71 | 1,530.76 | 29,683.95 |

### Dwelling Gutters

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Gutters | | | | | | | |
| 32. R&R Gutter- aluminum - up to 5"* | 146.00 LF | 9.87 | 34.95 | 295.20 | 1,771.17 | (137.01) | 1,634.16 |
| Downspouts | | | | | | | |
| 33. R&R Downspout - aluminum - up to 5"* | 120.00 LF | 9.87 | 28.73 | 242.62 | 1,455.75 | (112.61) | 1,343.14 |
| Totals: Dwelling Gutters | | | 63.68 | 537.82 | 3,226.92 | 249.62 | 2,977.30 |

### Detached Gutters

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Gutters | | | | | | | |
| 34. R&R Gutter- aluminum - up to 5'* | 49.00 LF | 9.87 | 11.73 | 99.08 | 594.44 | (45.98) | 548.46 |
| Downspouts | | | | | | | |
| 35. R&R Downspout - aluminum - up to 5'* | 24.00 LF | 9.87 | 5.75 | 48.54 | 291.17 | (22.52) | 268.65 |
| Totals: Detached Gutters | | | 17.48 | 147.62 | 885.61 | 68.50 | 817.11 |

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 36. R&R Siding - .014" metal - Standard grade | 4,676.94 SF | 8.15 | 1,229.10 | 7,869.22 | 47,215.39 | (4,818.07) | 42,397.32 |

BORELL                                                                                          10/6/2025                    Page: 4

Case ID: 251100855

# Coastal Claims Services, LLC

Coastal Claims Services, LLC
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

## CONTINUED - Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 37. R&R House wrap (air/moisture barrier) | 4,066.90 SF | 0.44 | 46.36 | 367.18 | 2,202.98 | (181.74) | 2,021.24 |
| 38. R&R Fanfold foam insulation board - 1/4" | 4,066.90 SF | 0.93 | 82.97 | 773.06 | 4,638.25 | (325.22) | 4,313.03 |
| 39. Awning - Aluminum/steel - Detach & reset | 6.00 LF | 42.60 | 0.00 | 51.12 | 306.72 | (0.00) | 306.72 |
| 40. R&R Clothes dryer vent cover | 1.00 EA | 43.08 | 0.51 | 8.72 | 52.31 | (1.99) | 50.32 |
| 41. Exterior light fixture - Detach & reset | 2.00 EA | 83.35 | 0.00 | 33.34 | 200.04 | (0.00) | 200.04 |
| 42. R&R Light/outlet J-block - vinyl | 2.00 EA | 31.33 | 1.80 | 12.90 | 77.36 | (7.06) | 70.30 |
| 43. Exterior faucet / hose bibb - Detach & reset | 2.00 EA | 58.76 | 0.00 | 23.50 | 141.02 | (0.00) | 141.02 |
| 44. Low voltage box - Detach & reset | 4.00 EA | 37.59 | 0.00 | 30.08 | 180.44 | (0.00) | 180.44 |
| *For low voltage boxes like cable, irrigation, weather, etc.* | | | | | | | |
| 45. Remove Disconnect box - 60 amp - non fused | 1.00 EA | 20.91 | 0.00 | 4.18 | 25.09 | (0.00) | 25.09 |
| *For A/C condenser unit.* | | | | | | | |
| 46. Install Disconnect box - 60 amp - non fused | 1.00 EA | 160.79 | 0.00 | 32.16 | 192.95 | (0.00) | 192.95 |
| 47. Drain/Vent line - ABS or PVC pipe - Detach & reset | 15.00 LF | 6.55 | 0.00 | 19.66 | 117.91 | (0.00) | 117.91 |
| 48. Meter base and main disconnect - Detach & reset | 1.00 EA | 344.44 | 0.00 | 68.88 | 413.32 | (0.00) | 413.32 |
| 49. R&R Meter base mounting J-block - vinyl | 1.00 EA | 55.12 | 2.26 | 11.48 | 68.86 | (8.86) | 60.00 |
| 50. Remove Window well cover - Metal - up to 36" wide by 24" | 4.00 EA | 15.18 | 0.00 | 12.14 | 72.86 | (0.00) | 72.86 |
| 51. Install Window well cover - Metal - up to 36" wide by 24" | 4.00 EA | 47.03 | 0.00 | 37.62 | 225.74 | (0.00) | 225.74 |
| 52. R&R Attic vent - gable end - vinyl | 1.00 EA | 148.22 | 5.01 | 30.64 | 183.87 | (19.62) | 164.25 |
| **Totals: Exterior** | | | 1,368.01 | 9,385.88 | 56,315.11 | 5,362.56 | 50,952.55 |

## Debris Removal

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 53. Material Only Sheathing - OSB - 1/2" | 128.00 SF | 0.57 | 4.38 | 15.48 | 92.82 | (10.94) | 81.88 |
| *This is to allow for protection of the driveway from dumpsters, debris, and any other necessary equipment. Cutting two sheets in half should provide enough protection.* | | | | | | | |
| 54. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 1,046.46 | 0.00 | 209.30 | 1,255.76 | (0.00) | 1,255.76 |
| *Applied for non roofing materials* | | | | | | | |

BORELL

10/6/2025        Page: 5

Case ID: 251100855

# Coastal Claims Services, LLC

Coastal Claims Services, LLC
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

### CONTINUED - Debris Removal

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Debris Removal | | | 4.38 | 224.78 | 1,348.58 | 10.94 | 1,337.64 |

### Interior



| Bedroom | | | | | Height: 8' | | |
|---|---|---|---|---|---|---|---|
| 425.33 SF Walls | | | | 175.00 SF Ceiling | | | |
| 600.33 SF Walls & Ceiling | | | | 175.00 SF Floor | | | |
| 19.44 SY Flooring | | | | 53.17 LF Floor Perimeter | | | |
| 53.17 LF Ceil. Perimeter | | | | | | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 10/06/2025***REVISIONS BEGIN*** EILEEN DALTON W489995 | | | | | | | |
| Client provided new information that supports revisions. | | | | | | | |
| **General:** | | | | | | | |
| 55. Contents - move out then reset - Large room | 1.00 EA | 113.44 | 0.00 | 22.68 | 136.12 | (0.00) | 136.12 |
| **Ceiling:** | | | | | | | |
| 56. Mask wall - plastic, paper, tape (per LF) | 53.17 LF | 1.41 | 0.86 | 15.18 | 91.01 | (3.38) | 87.63 |
| 57. R&R Blown-in insulation - 10" depth - R26 | 16.00 SF | 2.58 | 0.93 | 8.44 | 50.65 | (3.65) | 47.00 |
| 58. R&R 5/8" drywall - hung, taped, ready for texture | 16.00 SF | 3.05 | 0.83 | 9.92 | 59.55 | (3.24) | 56.31 |
| 59. Texture drywall - smooth / skim coat | 175.00 SF | 1.51 | 1.89 | 53.24 | 319.58 | (7.41) | 311.97 |
| Thin coat of drywall compound to be added to entire surface so that the surface may be re-textured to have a uniform textured finish to match pre damage state. | | | | | | | |
| 60. Texture drywall - machine | 175.00 SF | 0.70 | 0.74 | 24.64 | 147.88 | (2.88) | 145.00 |
| 61. Mask and prep for paint - tape only (per LF) | 53.17 LF | 0.83 | 0.16 | 8.86 | 53.15 | (0.63) | 52.52 |
| 62. Seal the surface area w/PVA primer - one coat | 16.00 SF | 0.80 | 0.06 | 2.58 | 15.44 | (0.23) | 15.21 |
| 63. Paint the ceiling - two coats | 175.00 SF | 1.30 | 3.05 | 46.12 | 276.67 | (11.94) | 264.73 |
| **Walls:** | | | | | | | |

BORELL

10/6/2025          Page: 6

Case ID: 251100855

# Coastal Claims Services, LLC

Coastal Claims Services, LLC
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

## CONTINUED - Bedroom

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 64. Mask the walls per square foot - plastic and tape - 4 mil | 425.33 SF | 0.35 | 1.79 | 30.14 | 180.80 | (7.00) | 173.80 |
| **Floor:** | | | | | | | |
| 65. Mask or cover per square foot | 175.00 SF | 0.50 | 0.95 | 17.70 | 106.15 | (0.00) | 106.15 |
| 66. Final cleaning - construction - Residential | 175.00 SF | 0.34 | 4.28 | 11.90 | 75.68 | (0.00) | 75.68 |
| **Totals: Bedroom** | | | 15.54 | 251.40 | 1,512.48 | 40.36 | 1,472.12 |

**Bedroom 2**      Height: 8'

489.33 SF Walls      232.57 SF Ceiling
721.90 SF Walls & Ceiling      232.57 SF Floor
25.84 SY Flooring      61.17 LF Floor Perimeter
61.17 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **General:** | | | | | | | |
| 67. Contents - move out then reset - Large room | 1.00 EA | 113.44 | 0.00 | 22.68 | 136.12 | (0.00) | 136.12 |
| **Ceiling:** | | | | | | | |
| 68. Mask wall - plastic, paper, tape (per LF) | 61.17 LF | 1.41 | 0.99 | 17.46 | 104.70 | (3.88) | 100.82 |
| 69. R&R Blown-in insulation - 10" depth - R26 | 20.00 SF | 2.58 | 1.16 | 10.56 | 63.32 | (4.56) | 58.76 |
| 70. R&R 5/8" drywall - hung, taped, ready for texture | 20.00 SF | 3.05 | 1.03 | 12.40 | 74.43 | (4.05) | 70.38 |
| 71. Texture drywall - smooth / skim coat | 232.57 SF | 1.51 | 2.51 | 70.74 | 424.43 | (9.85) | 414.58 |
| Thin coat of drywall compound to be added to entire surface so that the surface may be re-textured to have a uniform textured finish to match pre damage state. | | | | | | | |
| 72. Texture drywall - machine | 232.57 SF | 0.70 | 0.98 | 32.76 | 196.54 | (3.83) | 192.71 |
| 73. Mask and prep for paint - tape only (per LF) | 61.17 LF | 0.83 | 0.18 | 10.20 | 61.15 | (0.72) | 60.43 |
| 74. Seal the surface area w/PVA primer - one coat | 20.00 SF | 0.80 | 0.07 | 3.22 | 19.29 | (0.28) | 19.01 |
| 75. Paint the ceiling - two coats | 232.57 SF | 1.30 | 4.05 | 61.28 | 367.67 | (15.86) | 351.81 |
| **Walls:** | | | | | | | |

BORELL      10/6/2025      Page: 7

Case ID: 251100855

**Coastal Claims** **Coastal Claims Services, LLC**

Coastal Claims Services, LLC
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

CONTINUED - Bedroom 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Mask the walls per square foot - plastic and tape - 4 mil | 489.33 SF | 0.35 | 2.06 | 34.68 | 208.01 | (8.06) | 199.95 |
| Floor: | | | | | | | |
| 77. Mask or cover per square foot | 232.57 SF | 0.50 | 1.26 | 23.52 | 141.07 | (0.00) | 141.07 |
| 78. Final cleaning - construction - Residential | 232.57 SF | 0.34 | 5.69 | 15.82 | 100.58 | (0.00) | 100.58 |
| 10/06/2025***REVISIONS END*** | | | | | | | |
| Totals: Bedroom 2 | | | 19.98 | 315.32 | 1,897.31 | 51.09 | 1,846.22 |
| Total: Interior | | | 35.52 | 566.72 | 3,409.79 | 91.45 | 3,318.34 |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 79. Plumbing labor minimum | 1.00 EA | 32.02 | 0.00 | 6.40 | 38.42 | (0.00) | 38.42 |
| 80. Insulation labor minimum* | 1.00 EA | 219.13 | 0.00 | 43.82 | 262.95 | (0.00) | 262.95 |
| 81. Awning labor minimum | 1.00 EA | 2.81 | 0.00 | 0.56 | 3.37 | (0.00) | 3.37 |
| 82. Framing labor minimum | 1.00 EA | 207.88 | 0.00 | 41.58 | 249.46 | (0.00) | 249.46 |
| 83. Heat, vent, & air cond. labor minimum | 1.00 EA | 235.57 | 0.00 | 47.12 | 282.69 | (0.00) | 282.69 |
| Totals: Labor Minimums Applied | | | 0.00 | 139.48 | 836.89 | 0.00 | 836.89 |
| Line Item Totals: BORELL | | | 1,894.92 | 16,204.78 | 97,237.61 | 7,313.83 | 89,923.78 |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 914.67 | SF Walls | 407.57 | SF Ceiling | 1,322.24 | SF Walls and Ceiling |
| 407.57 | SF Floor | 45.29 | SY Flooring | 114.33 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 114.33 | LF Ceil. Perimeter |
| 407.57 | Floor Area | 446.57 | Total Area | 914.67 | Interior Wall Area |
| 2,513.07 | Exterior Wall Area | 119.67 | Exterior Perimeter of Walls | | |
| 2,296.36 | Surface Area | 22.96 | Number of Squares | 368.20 | Total Perimeter Length |
| 90.22 | Total Ridge Length | 46.26 | Total Hip Length | | |

BORELL                                                                 10/6/2025     Page: 8

Case ID: 251100855

 **Coastal Claims Services, LLC**

Coastal Claims Services, LLC
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 65,428.46 | 67.29% | 59,691.37 | 66.38% |
| Dwelling - Roof | 24,443.03 | 25.14% | 23,202.83 | 25.80% |
| Other Structures | 594.44 | 0.61% | 548.46 | 0.61% |
| Other Structures - Other Structure Roof | 6,771.68 | 6.96% | 6,481.12 | 7.21% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 97,237.61 | 100.00% | 89,923.78 | 100.00% |

BORELL

10/6/2025    Page: 9

Case ID: 251100855

 **Coastal Claims Services, LLC**

Coastal Claims Services, LLC
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 53,047.90 |
| Material Sales Tax | 1,467.37 |
| | |
| Subtotal | 54,515.27 |
| Overhead | 5,451.61 |
| Profit | 5,451.61 |
| Cleaning Sales Tax | 9.97 |
| **Replacement Cost Value** | **$65,428.46** |
| Less Depreciation | (5,737.09) |
| **Actual Cash Value** | **$59,691.37** |
| Less Deductible | (1,000.00) |
| **Net Claim** | **$58,691.37** |
| Total Recoverable Depreciation | 5,737.09 |
| **Net Claim if Depreciation is Recovered** | **$64,428.46** |

Eileen Dalton
Estimator/ W489995

PAGE 23/31 * RCVD AT 12/4/2025 11:59:35 AM [Central Standard Time] * SVR:A0775-XFX0022-S/8 * DNIS:8664474293 * CSID: * ANI: * DURATION (mm-ss):00-00

 **Coastal Claims Services, LLC**

Coastal Claims Services, LLC
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

## Summary for Dwelling - Roof
**This is not an additional amount of insurance and does not increase the limit of coverage for the policy.**

| | |
|---|---:|
| Line Item Total | 20,037.46 |
| Material Sales Tax | 331.73 |
| Subtotal | 20,369.19 |
| Overhead | 2,036.92 |
| Profit | 2,036.92 |
| **Replacement Cost Value** | **$24,443.03** |
| Less Depreciation | (1,240.20) |
| **Actual Cash Value** | **$23,202.83** |
| **Net Claim** | **$23,202.83** |
| Total Recoverable Depreciation | 1,240.20 |
| **Net Claim if Depreciation is Recovered** | **$24,443.03** |

Eileen Dalton
Estimator/ W489995

BORELL

10/6/2025　　　Page: 11

Case ID: 251100855

 **Coastal Claims Services, LLC**

Coastal Claims Services, LLC
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

## Summary for Other Structures

| | |
|---|---:|
| Line Item Total | 483.63 |
| Material Sales Tax | 11.73 |
| | |
| Subtotal | 495.36 |
| Overhead | 49.54 |
| Profit | 49.54 |
| | |
| **Replacement Cost Value** | **$594.44** |
| Less Depreciation | (45.98) |
| | |
| **Actual Cash Value** | **$548.46** |
| **Net Claim** | **$548.46** |
| | |
| Total Recoverable Depreciation | 45.98 |
| | |
| **Net Claim if Depreciation is Recovered** | **$594.44** |

Eileen Dalton
Estimator/ W489995

PAGE 25/31 * RCVD AT 12/4/2025 11:59:35 AM [Central Standard Time] * SVR:A0775-XFX0022-6/8 * DNIS:8664474293 * CSID: * ANI: * DURATION (mm-ss):00-00

 **Coastal Claims Services, LLC**

Coastal Claims Services, LLC
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

## Summary for Other Structures - Other Structure Roof
**This is not an additional amount of insurance and does not increase the limit of coverage for the policy.**

| | |
|---|---:|
| Line Item Total | 5,568.92 |
| Material Sales Tax | 74.12 |
| Subtotal | 5,643.04 |
| Overhead | 564.32 |
| Profit | 564.32 |
| **Replacement Cost Value** | **$6,771.68** |
| Less Depreciation | (290.56) |
| **Actual Cash Value** | **$6,481.12** |
| **Net Claim** | **$6,481.12** |
| Total Recoverable Depreciation | 290.56 |
| **Net Claim if Depreciation is Recovered** | **$6,771.68** |

Eileen Dalton
Estimator/ W489995

BORELL

10/6/2025     Page: 13

Case ID: 251100855

**Coastal Claims Services, LLC**

Coastal Claims Services, LLC
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

## Recap by Category with Depreciation

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---:|---:|---:|
| **AWNINGS & PATIO COVERS** | | | **258.41** | | 258.41 |
| Coverage: Dwelling | @ | 100.00% = | 258.41 | | |
| **CLEANING** | | | **138.57** | | 138.57 |
| Coverage: Dwelling | @ | 100.00% = | 138.57 | | |
| **CONTENT MANIPULATION** | | | **226.88** | | 226.88 |
| Coverage: Dwelling | @ | 100.00% = | 226.88 | | |
| **GENERAL DEMOLITION** | | | **8,558.01** | | 8,558.01 |
| Coverage: Dwelling | @ | 62.68% = | 5,364.27 | | |
| Coverage: Dwelling - Roof | @ | 29.15% = | 2,494.44 | | |
| Coverage: Other Structures | @ | 0.35% = | 30.38 | | |
| Coverage: Other Structures - Other Structure Roof | @ | 7.82% = | 668.92 | | |
| **DRYWALL** | | | **1,153.03** | 38.52 | 1,114.51 |
| Coverage: Dwelling | @ | 100.00% = | 1,153.03 | | |
| **ELECTRICAL** | | | **505.23** | | 505.23 |
| Coverage: Dwelling | @ | 100.00% = | 505.23 | | |
| **FRAMING & ROUGH CARPENTRY** | | | **280.84** | 10.94 | 269.90 |
| Coverage: Dwelling | @ | 100.00% = | 280.84 | | |
| **HEAT, VENT & AIR CONDITIONING** | | | **274.10** | 1.99 | 272.11 |
| Coverage: Dwelling | @ | 100.00% = | 274.10 | | |
| **INSULATION** | | | **274.21** | 8.21 | 266.00 |
| Coverage: Dwelling | @ | 100.00% = | 274.21 | | |
| **LIGHT FIXTURES** | | | **166.70** | | 166.70 |
| Coverage: Dwelling | @ | 100.00% = | 166.70 | | |
| **MOISTURE PROTECTION** | | | **1,855.72** | 60.62 | 1,795.10 |
| Coverage: Dwelling - Roof | @ | 77.29% = | 1,434.33 | | |
| Coverage: Other Structures - Other Structure Roof | @ | 22.71% = | 421.39 | | |
| **PLUMBING** | | | **247.79** | | 247.79 |
| Coverage: Dwelling | @ | 100.00% = | 247.79 | | |
| **PAINTING** | | | **973.68** | 44.72 | 928.96 |
| Coverage: Dwelling | @ | 100.00% = | 973.68 | | |
| **ROOFING** | | | **20,587.30** | 1,470.14 | 19,117.16 |
| Coverage: Dwelling - Roof | @ | 78.25% = | 16,108.69 | | |
| Coverage: Other Structures - Other Structure Roof | @ | 21.75% = | 4,478.61 | | |
| **SIDING** | | | **40,313.57** | 5,360.57 | 34,953.00 |
| Coverage: Dwelling | @ | 100.00% = | 40,313.57 | | |
| **SOFFIT, FASCIA, & GUTTER** | | | **3,135.75** | 318.12 | 2,817.63 |
| Coverage: Dwelling | @ | 85.55% = | 2,682.50 | | |
| Coverage: Other Structures | @ | 14.45% = | 453.25 | | |

BORELL

10/6/2025        Page: 14

Case ID: 251100855

 **Coastal Claims Services, LLC**

Coastal Claims Services, LLC
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---:|---:|---:|
| **SPECIALTY ITEMS** | | | **188.12** | | **188.12** |
| Coverage: Dwelling | @ | 100.00% = | 188.12 | | |
| **O&P Items Subtotal** | | | **79,137.91** | **7,313.83** | **71,824.08** |
| Material Sales Tax | | | **1,884.95** | | **1,884.95** |
| Coverage: Dwelling | @ | 77.85% = | 1,467.37 | | |
| Coverage: Dwelling - Roof | @ | 17.60% = | 331.73 | | |
| Coverage: Other Structures | @ | 0.62% = | 11.73 | | |
| Coverage: Other Structures - Other Structure Roof | @ | 3.93% = | 74.12 | | |
| **Overhead** | | | **8,102.39** | | **8,102.39** |
| Coverage: Dwelling | @ | 67.28% = | 5,451.61 | | |
| Coverage: Dwelling - Roof | @ | 25.14% = | 2,036.92 | | |
| Coverage: Other Structures | @ | 0.61% = | 49.54 | | |
| Coverage: Other Structures - Other Structure Roof | @ | 6.96% = | 564.32 | | |
| **Profit** | | | **8,102.39** | | **8,102.39** |
| Coverage: Dwelling | @ | 67.28% = | 5,451.61 | | |
| Coverage: Dwelling - Roof | @ | 25.14% = | 2,036.92 | | |
| Coverage: Other Structures | @ | 0.61% = | 49.54 | | |
| Coverage: Other Structures - Other Structure Roof | @ | 6.96% = | 564.32 | | |
| **Cleaning Sales Tax** | | | **9.97** | | **9.97** |
| Coverage: Dwelling | @ | 100.00% = | 9.97 | | |
| **Total** | | | **97,237.61** | **7,313.83** | **89,923.78** |

*"The amount claimed in this estimate is based on a preliminary inspection by a public adjuster and/or contractor and/or other experienced person/building estimator. Nevertheless, the estimated amount may change based on material prices, contractor bids, and other costs which are too numerous to mention. The amount claimed may be affected by policy exclusions. Any overlap, upgrade, or mistake which would result in additional costs is unintentional. Estimate includes costs associated with code upgrades, if known. This estimate was not made with a set of plans created by a design professional. Any plans made by a design professional would come at an additional cost and would require approval by the local building inspector. Costs may change based on the building department approvals, and means and methods acceptable to a general contractor. ¬THIS ESTIMATE IS ONLY AN OPINION*

Case ID: 251100855

BORELL



Detached Garage



N



PAGE 30/31 * RCVD AT 12/4/2025 11:59:35 AM [Central Standard Time] * SVR:A0775-XFX0022-S/8 * DNIS:8664474293 * CSID: * ANI: * DURATION (mm-ss):00-00



